# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA ex rel.
SHERRILL WELCH,

    Plaintiff-Relator,

v.

ADVENTIST HEALTH SYSTEM/SUNBELT,
INC. d/b/a ADVENTHEALTH,

    Defendant.

CASE NO.: 6:17-cv-1878-Orl-37DCI

## STIPULATION OF AND MOTION FOR ENTRY OF DISMISSAL PURSUANT TO RULE 41

IT IS HEREBY STIPULATED AND AGREED by and between the parties that all claims in the above-captioned action are voluntarily dismissed as to named defendant, with prejudice as to Relator Sherrill Welch and without prejudice as to the United States.

Relator has informed the Government Parties concerning this dismissal and has received notification that the Government Parties will file a separate notice indicating consent to dismissal without prejudice. All parties will bear their own costs. The Clerk of Court may close this action.

Respectfully submitted this 28th day of August, 2019.

| | |
|---|---|
| s/Jill S. Schwartz | s/L.T. Lafferty |
| Jill S. Schwartz, Attorney at Law | L.T. Lafferty |
| Florida Bar No. 523021 | **HOLLAND & KNIGHT LLP** |
| Christopher A. Pace, Esquire | Florida Bar No. 975575 |
| Florida Bar No. 676721 | 100 North Tampa Street |
| **JILL S. SCHWARTZ & ASSOCIATES** | Tampa, FL 33602 |
| 655 W. Morse Boulevard, | Telephone: (813) 227-8500 |
| Suite 212 | lt.lafferty@hklaw.com |
| Winter Park, Florida 32789-3745 | |
| Telephone: (407) 647-8911 | *Attorney for Defendant* |
| Facsimile: (407) 628-4994 | |
| jschwartz@schwartzlawfirm.net | |
| cpace@schwartzlaw.net | |

Julie K. Bracker
Georgia Bar No. 073803
**BRACKER & MARCUS LLC**
3225 Shallowford Road, Suite 1120
Marietta, GA 30062
Telephone: (770) 988-5035
Facsimile: (678) 648-5544
Julie@FCAcounsel.com

*Attorneys for Relator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed electronically on CM/ECF, which sent notification of the filing to all counsel of record on this 28th day of August, 2019.

s/Jill S. Schwartz
Jill S. Schwartz
Counsel for Relator

2